**SEALED**

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### SOUTHERN DISTRICT OF TEXAS

United States Courts
Southern District of Texas
FILED

JUN 11 2025

Nathan Ochsner, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Michelle Lee VARELA aka ROCHA<br><br>_Defendant(s)_ | )<br>)<br>) Case No. V-25-52m<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 4, 2025__ in the county of __Goliad__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 115(a)(1)(B) | Influencing, impeding, or retaliating against a Federal official by threat |
| Title 18, United States Code, Section 875(C) | Interstate communications containing any threat to injure the person of another |

This criminal complaint is based on these facts:

See Attached Affidavit

☐ Continued on the attached sheet.

_Complainant's signature_

Renee Tuinstra, HSI Special Agent
_Printed name and title_

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P. 4.1, and probable cause found:

Date: June 11, 2025

_Judge's signature_

City and state: Corpus Christi, TX

Jason B. Libby, U.S. Magistrate Judge
_Printed name and title_

## AFFIDAVIT

I, Renee N. Tuinstra, being first duly sworn, hereby depose and state the following:

I am a Special Agent (SA) with United States Department of Homeland Security, Homeland Security Investigations (HSI), empowered by law to conduct investigations of and to make arrests for Violations of United States Codes included in Title 18, Title 8 and Title 21. I have been employed in this position since August 2015. I have training in the enforcement of the laws of the United States, including training in the preparation, presentation, service and execution of criminal complaints and arrest and search warrants.

I have over twenty (20) years of training and experience as an investigator in different capacities, primarily working narcotics, human smuggling trafficking, Immigration and child exploitation crimes. My primary responsibilities as a HSI SA include the investigation of child related criminal violations and border related crime violations such as drug trafficking, money laundering, human trafficking, as well as other federal violations involving organized crime.

This affidavit is submitted for the limited purpose of establishing probable cause to support a criminal complaint charging Michelle VARELA (aka ROCHA) with violating Title 18, United States Code, Section 115(a)(1)(B), which states, "Whoever threatens to assault, kidnap, or murder a United States Official, A United States judge, a Federal Law Enforcement Officer, or an Official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, shall be punished as provided in subsection (b)" and Title 18, United States Code, Section 875(C), which states,: "Whoever transmits in interstate or foreign commerce any communication containing a threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

The facts in this affidavit come from my participation in this investigation, personal observations, my training and experience, and information obtained from other agents, law enforcement officers and witnesses. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a complaint and arrest warrant, I have not included

each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause. and does not set forth all my knowledge about this matter.

## PROBABLE CAUSE

On 06/04/2025, Homeland Security Investigations Special Agents (HSI SA), Goliad County Sheriff's Office (GCSO) personal and other law enforcement agencies were participating in a whole of government enforcement action in Goliad County, TX under Operation Lone Star. GCSO Deputy Dean Ochoa performed a traffic stop on a Dodge Charger registered out of San Antonio, TX. The driver and sole occupant provided Deputy Ochoa with a driver's license in the name of Jose VARELA (aka VARELA Hernandez), and Deputy Ochoa noticed it was a "limited term" driver's license, generally indicative that the individual was not a United States Citizen. Deputy Ochoa requested an immigration check by HSI Agents. The information from the driver's license provided was provided to an HSI Intel Analyst to verify immigration status, Agent Robert Dutra called the Law Enforcement Sector Communications (LESC) for the same purpose while Agent Tuinstra introduced herself and began to converse with VARELA in both English and Spanish.

VARELA stated that he was born in Mexico, and a citizen of Mexico, and when asked to present any immigration documentation that he has allowing him to be legally in the United States, and VARELA stated that he had a court date last month, later stating it was next month. Agent Tuinstra explained to VARELA that a court date was not permission to be in this country legally, and again asked for any paperwork, cards or other proof he was in the country legally. VARELA began to look through his phone, appearing to look for any pictures of that information. VARELA provided a screenshot of his lawyer's information, and Agent Tuinstra again explained that immigration documents were what was needed. VARELA, unable to find any proof on his phone, asked if he could call his "wife", Michelle VARELA, and have her send a copy of any immigration papers and/or documents via text.

VARELA made several calls on speakerphone to Michelle VARELA (programmed in his phone as "Babe") and explained that he had been stopped by law enforcement and that "they"

2

were requesting proof he was in the country legally. Michelle VARELA's tone and questions to Jose VARELA were indictive that she was upset about law enforcement requesting this documentation, and it took several requests and calls before Michelle VARELA sent a photo depiction of Jose VARELA's current Employment Authorization Document. Around the same time, the HSI Intel Analyst also provided this information via text message, as well as criminal history for Jose VARELA for crimes of violence, an officer safety issue.

Agent Tuinstra explained to Jose VARELA that he is required to carry proof of his legal immigration status with him, and that had the databases been down and Immigration not been able to verify his status on the side of the road, he would have been detained until his status could be verified. Jose VARELA told Agent Tuinstra his wife was calling again, and due to the language barrier, Agent Tuinstra wanted to make sure that Jose VARELA understood the importance of having his immigration documents with him and asked if Jose VARELA's wife was a citizen or resident that spoke English well. He stated that she was a citizen and did speak English well and Agent Tuinstra asked Jose VARELA if she could speak to Michelle VARELA.

Jose VARELA told Michelle VARELA that the Immigration Officials wanted to talk to her, and as Jose VARELA was handing the phone to Agent Tuinstra, Michelle VARELA stated, "If they (immigration) take you in, I will fucking shoot them". Agent Tuinstra responded to Michelle VARELA's threat by telling her that she (Michelle VARELA) needed to calm down and consider what she was saying because she had just threatened a federal agent. Michelle VARELA continued in an elevated voice using words and a tone that Agent Tuinstra perceived as threatening, and Agent Tuinstra again cautioned her to stop, calm down and quit threatening federal agents. This verbal exchange lasted approximately 15 seconds and resulted in Michelle VARELA hanging up the phone. Agent Dutra witnessed this threatening verbal exchange.

### Supporting Evidence:

**Deputy Dean Ochoa's body/dash camera**-Dash camera begins recording at approximately 17:56:17 hours with the traffic stop for window tint violations. Deputy Ochoa takes Jose VARELA's DL, speaks briefly with agents, and then returns to his patrol vehicle to run checks. The dash camera shows Agent Tuinstra and Dutra approach Jose VARELA's

3

vehicle and speak with him. Agent Tuinstra is speaking with Jose VARELA, and Agent Dutra is on his phone for much of the encounter (checking immigration status through LESC).

At approximately 18:05:27, Agent Tuinstra reaches for the phone from Jose VARELA, speaks on speakerphone, and at approximately 18:05:46 Agent Tuinstra hands the phone back to Jose VARELA. Agent Tuinstra then relays the threat and criminal history to Deputy Ochoa for officer safety purposes while Agent Dutra spoke to Jose VARELA about the seriousness of his wife's threat.

Deputy Ocho completed his checks, returns to Jose VARELA's vehicle, establishes that Jose VARELA speaks English, they discuss the traffic stop, and then Jose VARELA states that "the lady" (Agent Tuinstra) asked to speak with his wife, and after that conversation, Agent Tuinstra told Jose VARELA to tell his wife to "calm down". The traffic stop was concluded by Deputy Ochoa at approximately 18:17:45 hours.

**Phone Subscriber Information and Tolls:** Phone numbers for both Michelle and Jose VARELA were obtained from official databases including immigration, driver's license, etc. Those databases showed the same two numbers for these individuals: 210-782-6713 and 210-909-7909. Phone subscriber information and tolls were requested and returned both numbers to Michelle ROCHA (Michelle VARELA's Maiden name). Between the beginning of the encounter and the end, there was approximately four calls made between these two numbers. In addition, the Immigration database lists Michele VARELA as the spouse and petitioner for Jose VARELA.

## Interstate and/or Foreign Nexus

Currently, there is no cellular phone that is exclusively manufactured in Texas, with the vast majority of assembly and component production overseas, primarily in Asia. Given this, the device used to deliver the threat would have traveled in or affected intrastate and/or foreign commerce.

4

## CONCLUSION

Based on the above details within this affidavit, your affiant believes probable cause exists for the arrest of Michelle VARELA (aka ROCHA) with violating Title 18, United States Code, Section 115(a)(1)(B), which states, "Whoever threatens to assault, kidnap, or murder a United States Official, A United States judge, a Federal Law Enforcement Officer, or an Official whose killing would be a crime under such section, with intent to impede, intimidate, or interfere with such official, judge, or law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such official, judge, or law enforcement officer on account of the performance of official duties, shall be punished as provided in subsection (b)" and Title 18, United States Code, Section 875(C), which states,: "Whoever transmits in interstate or foreign commerce any communication containing a threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both." when she stated that she "would fucking shoot them".

Renee Tuinstra
HSI Special Agent
Submitted by reliable electronic means, sworn to, signature attested telephonically on

Jason B. Libby, U.S. Magistrate Judge

5